## STATE OF CONNECTICUT *v.* MARK S. SILVER

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 522 (AC 30829), is denied.

EVELEIGH and HARPER, Js., did not participate in the consideration of or decision on this petition.

*Adele V. Patterson,* senior assistant public defender, in support of the petition.

*Adam E. Mattei,* special deputy assistant state's attorney, in opposition.

Decided April 6, 2011